IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00819-LTB

EARL J. CROWNHART,

    Applicant,

v.

PATIENT WILLIAM TOMMAS, and
GIL ROMERO,

    Respondents.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 4, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 4 day of April, 2013.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk


                          By: s/ S. Grimm
                              Deputy Clerk